```
 1  LAWRENCE G. BROWN
    Acting United States Attorney
 2  SUSAN PHAN
    Assistant U.S. Attorney
 3  4401 Federal Building
    2500 Tulare Street
 4  Fresno, California 93721
    Telephone: (559) 497-4000
 5
 6
 7
 8            IN THE UNITED STATES DISTRICT COURT FOR THE
 9                   EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,      )  01: 02-CR-5391 OWW
                                   )
12            Plaintiff,           )  MOTION AND PROPOSED ORDER TO
                                   )  DISMISS INDICTMENT
13       v.                        )
                                   )
14  RAMON EQUINO-AGUILAR,          )
                                   )
15            Defendant.           )
    _____)
16
17       The United States Attorney's Office, pursuant to Rule 48(a)
18  of the Federal Rules of Criminal Procedure, hereby moves to
19  dismiss the indictment against RAMON EQUINO-AGUILAR without
20  prejudice in the interest of justice.
21
22  DATED: April 30, 2009              Respectfully submitted,
23                                     LAWRENCE G. BROWN
                                       Acting United States Attorney
24
25                                 By:   /s/ Susan Phan
                                       SUSAN PHAN
26                                     Assistant U.S. Attorney
27
28

                                   1
```

**[PROPOSED] ORDER**

**IT IS HEREBY ORDERED** that the indictment in this case be dismissed against defendant RAMON EQUINO-AGUILAR without prejudice in the interest of justice.

IT IS SO ORDERED.

**Dated:   May 6, 2009**        /s/ Oliver W. Wanger
UNITED STATES DISTRICT JUDGE